Premier Power Solutions, LLC
107 Breckenridge Street
Grove City, PA 16127

Ryan Umbenhaur
114 Aspen Drive
Franklin, PA 16323

| Employee Pay Stub | | Check number: 4743 | | Pay Period: 03/01/2011 - 03/15/2011 | Pay Date: 03/15/2011 |
|---|---|---|---|---|---|
| Employee | | | SSN | Status (Fed/State) | Allowances/Extra |
| Ryan Umbenhaur, 114 Aspen Drive, Franklin, PA 16323 | | | | Married/Withhold | Fed-5/0/PA-0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,000.00 | 4,666.66 |
| Commission | 1.00 | 250.00 | 250.00 | 4,310.00 |
| Retro Pay | | | | 333.34 |
| | | | 1,250.00 | 9,310.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Grove City Local Tax | -12.50 | -93.09 |
| Local Services Tax | -2.17 | -10.85 |
| Federal Withholding | -15.00 | -549.00 |
| Social Security Employee | -52.50 | -391.02 |
| Medicare Employee | -18.13 | -135.00 |
| PA - Withholding | -38.38 | -285.82 |
| PA - Unemployment | -1.00 | -7.45 |
| | -139.68 | -1,472.23 |
| **Net Pay** | 1,110.32 | 7,837.77 |

Premier Power Solutions, LLC
107 Breckenridge Street
Grove City, PA 16127

Ryan Umbenhaur
114 Aspen Drive
Franklin, PA 16323

| Employee Pay Stub | Check number: 4781 | | Pay Period: 03/16/2011 - 03/31/2011 | Pay Date: 03/31/2011 |
|---|---|---|---|---|
| Employee | | SSN | Status (Fed/State) | Allowances/Extra |
| Ryan Umbenhaur, 114 Aspen Drive, Franklin, PA 16323 | | | Married/Withhold | Fed-5/0/PA-0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,000.00 | 5,666.66 |
| Commission | | | | 4,310.00 |
| Retro Pay | | | | 333.34 |
| | | | 1,000.00 | 10,310.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Grove City Local Tax | -10.00 | -103.09 |
| Local Services Tax | -2.17 | -13.02 |
| Federal Withholding | 0.00 | -549.00 |
| Social Security Employee | -42.00 | -433.02 |
| Medicare Employee | -14.50 | -149.50 |
| PA - Withholding | -30.70 | -316.52 |
| PA - Unemployment | -0.80 | -8.25 |
| | -100.17 | -1,572.40 |
| **Net Pay** | **899.83** | **8,737.60** |

Premier Power Solutions, LLC
107 Breckenridge Street
Grove City, PA 16127


Ryan Umbenhaur
114 Aspen Drive
Franklin, PA 16323

| Employee Pay Stub | | Check number: 4682 | | Pay Period: 02/01/2011 - 02/15/2011 | | Pay Date: 02/15/2011 |
|---|---|---|---|---|---|---|
| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
| Ryan Umbenhaur, 114 Aspen Drive, Franklin, PA 16323 | | | | | Married/Withhold | Fed-5/0/PA-0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,000.00 | 2,666.66 |
| Commission | 1.00 | 1,120.00 | 1,120.00 | 4,060.00 |
| Retro Pay | | 333.34 | 333.34 | 333.34 |
| | | | 2,453.34 | 7,060.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Grove City Local Tax | -24.53 | -70.59 |
| Local Services Tax | -2.17 | -6.51 |
| Federal Withholding | -168.00 | -534.00 |
| Social Security Employee | -103.04 | -296.62 |
| Medicare Employee | -35.57 | -102.37 |
| PA - Withholding | -75.32 | -216.74 |
| PA - Unemployment | -1.96 | -5.65 |
| | -410.59 | -1,232.38 |
| Net Pay | 2,042.75 | 5,827.62 |

Premier Power Solutions, LLC, 107 Breckenridge Street, Grove City, PA 16127 724-458-5600

Received Time Apr. 11. 10:02AM

Premier Power Solutions, LLC
107 Breckenridge Street
Grove City, PA 16127


Ryan Umbenhaur
114 Aspen Drive
Franklin, PA 16323

| Employee Pay Stub | | Check number: 4708 | | Pay Period: 02/16/2011 - 02/28/2011 | Pay Date: 02/28/2011 |
|---|---|---|---|---|---|
| Employee | | | SSN | Status (Fed/State) | Allowances/Extra |
| Ryan Umbenhaur, 114 Aspen Drive, Franklin, PA 16323 | | | | Married/Withhold | Fed-5/0/PA-0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,000.00 | 3,666.66 |
| Commission | | | | 4,060.00 |
| Retro Pay | | | | 333.34 |
| | | | 1,000.00 | 8,060.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Grove City Local Tax | -10.00 | -60.59 |
| Local Services Tax | -2.17 | -8.68 |
| Federal Withholding | 0.00 | -534.00 |
| Social Security Employee | -42.00 | -338.52 |
| Medicare Employee | -14.50 | -116.87 |
| PA - Withholding | -30.70 | -247.44 |
| PA - Unemployment | -0.80 | -6.45 |
| | -100.17 | -1,332.55 |
| **Net Pay** | **899.83** | **6,727.45** |

Premier Power Solutions, LLC 107 Breckenridge Street, Grove City, PA 16127 724-458-5500
Received Time Apr. 7. 10:02AM

Premier Power Solutions, LLC
107 Breckenridge Street
Grove City, PA 16127

Ryan Umbenhaur
114 Aspen Drive
Franklin, PA 16323

| Employee Pay Stub | | Check number: 4698 | | Pay Period: 01/01/2011 - 01/14/2011 | Pay Date: 01/14/2011 |
|---|---|---|---|---|---|
| **Employee** | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Ryan Umbenhaur, 114 Aspen Drive, Franklin, PA 16323 | | | | Married/Withhold | Fed-5/0/PA-0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 833.33 | 833.33 |
| Commission | 1.00 | 2,940.00 | 2,940.00 | 2,940.00 |
| | | | 3,773.33 | 3,773.33 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Grove City Local Tax | -37.73 | -37.73 |
| Local Services Tax | -2.17 | -2.17 |
| Federal Withholding | -366.00 | -366.00 |
| Social Security Employee | -158.48 | -158.48 |
| Medicare Employee | -54.71 | -54.71 |
| PA - Withholding | -115.84 | -115.84 |
| PA - Unemployment | -3.02 | -3.02 |
| | -737.95 | -737.95 |
| **Net Pay** | **3,035.38** | **3,035.38** |

Premier Power Solutions, LLC, 107 Breckenridge Street, Grove City, PA 16127 724-458-5600

Premier Power Solutions, LLC
107 Breckenridge Street
Grove City, PA 16127

Ryan Umbenhaur
114 Aspen Drive
Franklin, PA 16323

| Employee Pay Stub | | Check number: 4630 | | | Pay Period: 01/16/2011 - 01/31/2011 | Pay Date: 01/31/2011 |
|---|---|---|---|---|---|---|
| **Employee** | | | | SSN | **Status (Fed/State)** | **Allowances/Extra** |
| Ryan Umbenhaur, 114 Aspen Drive, Franklin, PA 16323 | | | | | Married/Withhold | Fed-5/0/PA-0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 833.33 | 1,666.66 |
| Commission | | | | 2,940.00 |
| | | | 833.33 | 4,606.66 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Grove City Local Tax | -8.33 | -46.06 |
| Local Services Tax | -2.17 | -4.34 |
| Federal Withholding | 0.00 | -366.00 |
| Social Security Employee | -35.00 | -193.48 |
| Medicare Employee | -12.09 | -66.80 |
| PA - Withholding | -25.58 | -141.42 |
| PA - Unemployment | -0.67 | -3.69 |
| | -83.84 | -821.79 |
| **Net Pay** | **749.49** | **3,784.87** |